IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Americans for Fair Treatment, Inc., | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1618 C.D. 2015 |
| | : | |
| Philadelphia Federation of Teachers, | : | |
| Local 3, AFL-CIO; The School District | : | |
| of Philadelphia; and School Reform | : | |
| Commission | : | |

# **O R D E R**

NOW, January 17, 2017, having considered appellant's application for reargument *en banc* and appellee Philadelphia Federation of Teachers, Local 3, AFL-CIO's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge